Steve Alan **MAHONEY**, Plaintiff–Appellant,

v.

**PIERCE COUNTY JAIL; et al.,** Defendants–Appellees.

No. 11–35321.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.[*]

Filed July 9, 2012.

Steve Alan Mahoney, Port Orchard, WA, pro se.

Daniel Hamilton, Tacoma, WA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM **

Steve Alan Mahoney appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his health while he was a pretrial detainee at the Pierce County Jail. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), and for clear error its factual determinations. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed the action because Mahoney did not timely exhaust his administrative grievance remedies. *See Woodford v. Ngo,* 548 U.S. 81, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) (exhaustion is mandatory and must be done in a timely manner consistent with prison policies).

Mahoney's remaining contentions are unpersuasive.

Appellee's motion to strike portions of Mahoney's opening brief and appendix is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).